KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DONNA JAMES,<br><br>    Defendant. | No. 3 05 70545<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM DECEMBER 16, 2005 TO JANUARY 26, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of January 26, 2006 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 16, 2005 to January 26, 2006. The parties agree, and the Court finds and holds, as follows:

     1. The defendant has been released on her own recognizance.

     2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

1  preliminary hearing.

2      4. Counsel for the defense believes that postponing the preliminary hearing is in his
3  client's best interest, and that it is not in his client's interest for the United States to indict the
4  case during the normal 20-day timeline established in Rule 5.1.

5      5. The Court finds that, taking into the account the public interest in the prompt
6  disposition of criminal cases, these grounds are good cause for extending the time limits for a
7  preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
8  the Court finds that the ends of justice served by excluding the period from December 16, 2005
9  to January 26, 2006, outweigh the best interest of the public and the defendant in a speedy trial.
10  § 3161(h)(8)(A).

11      6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
12  hearing date before the duty magistrate judge on January 26, 2006, at 9:30A.M., and (2) orders
13  that the period from December 16, 2005 to January 26, 2006 be excluded from the time period
14  for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial
15  Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

17  IT IS SO STIPULATED:

19  DATED: December 15, 2005          _____/s_____
                                         RON TYLER
20                                             Attorney for Defendant

22  DATED: December 14, 2005          _____/s_____
                                         ROBERT DAVID REES
23                                           Assistant United States Attorney

25  IT IS SO ORDERED.

27  DATED: December 16, 2005



28                                    HON. ELIZABETH D. LAPORTE
                                  United States Magistrate Judge