IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DONNA JAMES,<br><br>           Defendant. | No. CR 06-0284 MAG<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING |

## STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from August 10, 2006 to October 5, 2006 at 11:00 a.m. The continuance requested is necessary because defense counsel is out of the country for the most part of August and will need time to review the presentencing report upon his return with his client. Assistant United States Attorney Robert Rees and Probation Officer Ann Searles have been contacted and have no objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: August 7, 2006

_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Celestine Gallegos

DATED: 8/7/06

_____
ROBERT REES
Assistant United States Attorney

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# ORDER

The sentencing in this matter is continued until ~~October 5, 2006~~ at 11:00 a..m.

IT IS SO ORDERED.

Case 3:06-cr-00284-MAG   Document 24   Filed 08/08/2006   Page 2 of 2

DATED:  8/9/06

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

STIPULATION & ORDER CONTINUING SENTENCING
*United States v. Donna James*
CR                                                - 2 -